UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LESNIEWSKI, MATT | § | Case No. 11-80821 |
| LESNIEWSKI, TRACIA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/11/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/07/2013    By: /s/MEGAN G. HEEG
                           _____
                           Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: LESNIEWSKI, MATT § Case No. 11-80821
LESNIEWSKI, TRACIA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $   11,678.42

*and approved disbursements of*     $   1,905.77

*leaving a balance on hand of* [1]     $   9,772.65

**Balance on hand:**     $   9,772.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   9,772.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,917.84 | 0.00 | 1,917.84 |
| Trustee, Expenses - MEGAN G. HEEG | 23.03 | 0.00 | 23.03 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine | 4,013.50 | 0.00 | 4,013.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine | 354.63 | 0.00 | 354.63 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,130.00 | 1,130.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   6,309.00
Remaining balance:   $   3,463.65

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,463.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,463.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,107.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Clinton Urgent Care | 279.11 | 0.00 | 95.65 |
| 2 | Rrca Account Mgmt | 1,253.85 | 0.00 | 429.65 |
| 3 | Advantage Assets II, Inc. | 1,409.86 | 0.00 | 483.11 |
| 4 | Cavalry Portfolio Services, LLC | 7,165.10 | 0.00 | 2,455.24 |

Total to be paid for timely general unsecured claims: $ 3,463.65
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 11-80821-TML
Matt Lesniewski                                                      Chapter 7
Tracia Lesniewski
         Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: lorsmith           Page 1 of 3           Date Rcvd: Feb 20, 2013
                              Form ID: pdf006          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2013.
```
db/jdb     +Matt Lesniewski,    Tracia Lesniewski,    929 12th Avenue,    Fulton, IL 61252-1319
16896054   +A & D Electric,    520 W. Main Street,    Morrison, IL 61270-2214
16896055   +Aba,    300 1/2 South 2nd,    Clinton, IA 52732
16896056    Absolute Collections Corp.,    P.O. Box 880306,    San Diego, CA 92168-0306
16896057   +Account Liquidation Services, Inc.,    P.O. Box 174,    Decorah, IA 52101-0174
17275881   +Advantage Assets II, Inc.,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
16896059    Aetna Life Insurance Company,    Goldman, Imani & Goldbert Inc.,    P.O. Box 14560,
             Lexington, KY 40512-4560
16896060   +American Home Mtg Svci,    11104 Menaul Blvd Ne,    Albuquerque, NM 87112-2454
16896061   +Cadogan Chirpractic PPC,    1721 N 2nd St,    Clinton, IA 52732-2644
16896065   +Cbe Group,    131 Tower Park Dri,    Waterloo, IA 50701-9374
16896067   +Clinton Payday Loans,    1401 N 2nd St,    Clinton, IA 52732-2902
16896069   +Collection Service Bureau,    2901 N 78th St,    Scottsdale, AZ 85251-6547
16896070   +First Collection Svcs,    10925 Otter Creek Rd E,    Mabelvale, AR 72103-1661
16896071   +Handyman Club Of America,    PO Box 3410,    Minnetonka, MN 55343
16896072   +Hawkeye Adj,    2300 Pierce St,    Sioux City, IA 51104-3851
16896073    I.D.E.S.,    Benefit Repayments,    P.O. Box 6996,    Chicago, IL 60680-6996
16896075   +IRSE Credit Union,    3101 Constitution Drive Suite 111,    Springfield, IL 62704-6729
16896076   +L. Lugo, Administrator,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
16896051   +Lesniewski Matt,    929 12th Ave,    Fulton, IL 61252-1319
16896052   +Lesniewski Tracia,    929 12th Ave,    Fulton, IL 61252-1319
16896077   +Ltd Financial Svcs Lp,    7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
16896079   +Mercy Medical Center,    1410 N 4th Street,    Clinton, IA 52732-2999
16896080   +Mercy Specialty Clinic,    638 South Bluff Blvd.,    Clinton, IA 52732-4742
16896081   +Midwest Vision Clinic,    425 S 2nd St,    Clinton, IA 52732-4212
16896083   +Quad Corpora,    3536 Jersey Ridge,    Davenport, IA 52807-2223
16896084   +Quality Surgicenter LLC,    P.O. Box 106,    Camanche, IA 52730-0106
16896086   +Rrca Account Mgmt,    201 E. 3rd Street,    Sterling, IL 61081-3611
16896085   +Rrca Account Mgmt,    312 Locust St,    Sterling, IL 61081-3539
16896087   +Rrca Acct Mgmt,    312 Locust St,    Sterling, IL 61081-3539
16896088   +Sentry Credit,    0002509785,    6477 Telephone Rd Suite 5,    Ventura, CA 93003-4459
16896089    Social Security Admin,    6401 Security Blvd,    Woodlawn, MD 21235
16896090   +Wells Fargo,    P.O. Box 29704,    Phoenix, AZ 85038-9704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16896058    +Fax: 864-336-7400 Feb 21 2013 05:04:36     Advance America,    2418 Virginia Avenue Suite G,
             Clinton, IA 52732-7214
16896064     E-mail/Text: bankruptcy@cavps.com Feb 21 2013 05:16:56     Cavalry Portfolio Serv,
             7 Skyline Dr Ste 3,    Hawthorne, NY 10532
16896062    +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Feb 21 2013 04:10:58     CashNetUSA.Com,
             200 W Jackson Blvd, 4th Floor,    Chicago, IL 60606-6949
16896063    +E-mail/Text: legal@castlecredit.com Feb 21 2013 04:09:02     Castle Credit Corp,
             8420 W Bryn Mawr,    Chicago, IL 60631-3436
17425255    +E-mail/Text: bankruptcy@cavps.com Feb 21 2013 05:16:56     Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16896068    +Fax: 563-241-1243 Feb 21 2013 04:54:37     Clinton Urgent Care,    108 S 4th St,
             Clinton, IA 52732-4425
16896074    +Fax: 312-775-0911 Feb 21 2013 05:14:36     Illinois Lending Corporation,
             3608 Avenue Of The Cities,    Moline, IL 61265-4421
16896078    +E-mail/Text: teverson@maclinton.com Feb 21 2013 04:07:26     Medical Associates,    915 13th Ave N,
             Clinton, IA 52732-5099
16896053     E-mail/Text: ELOHSE@FRONTIERNET.NET Feb 21 2013 04:09:30     Thomas H Senneff,
             408 11th Ave PO Box 347,    Fulton, IL 61252-0347
                                                                                              TOTAL: 9
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16896066   ##+Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
16896082   ##+North Shore Agency Inc.,    270 Spagnoli Rd., Suite 111,    Melville, NY 11747-3515
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3              Date Rcvd: Feb 20, 2013
                              Form ID: pdf006             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: Feb 20, 2013
                              Form ID: pdf006             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:

```
          Gloria C  Tsotsos    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Morgan Stanley
           ABS Capital I Inc. Trust 2004-OP1, Mortgage Pass-Through Certificates, Series 2004-OP1
           nd-two@il.cslegal.com
          Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Thomas H Senneff    on behalf of Joint Debtor Tracia   Lesniewski thomassenneff@frontiernet.net
          Thomas H Senneff    on behalf of Debtor Matt   Lesniewski thomassenneff@frontiernet.net
                                                                                             TOTAL: 6
```