# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re:  LESNIEWSKI, MATT | § Case No. 11-80821 |
| LESNIEWSKI, TRACIA | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $110,775.22　　　　　　　　　Assets Exempt: $33,642.22
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,463.65　　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $55,328.64

Total Expenses of Administration: $8,214.77

   3)  Total gross receipts of $    11,678.42    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $11,678.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $76,183.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,214.77 | 8,214.77 | 8,214.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,273.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,560.23 | 10,107.92 | 10,107.92 | 3,463.65 |
| **TOTAL DISBURSEMENTS** | $134,016.23 | $18,322.69 | $18,322.69 | $11,678.42 |

   4) This case was originally filed under Chapter 7 on March 01, 2011. The case was pending for 26 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2013          By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| fractional interest in mineral rights | 1129-000 | 8,679.12 |
| TAX REFUNDS [non-exempted portion] | 1224-000 | 2,999.00 |
| Interest Income | 1270-000 | 0.30 |
| **TOTAL GROSS RECEIPTS** | | **$11,678.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Home Mtg Svci | 4110-000 | 76,183.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$76,183.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,917.84 | 1,917.84 | 1,917.84 |
| MEGAN G. HEEG | 2200-000 | N/A | 23.03 | 23.03 | 23.03 |
| Ehrmann Gehlbach Badger Lee & Considine | 3110-000 | N/A | 4,013.50 | 4,013.50 | 4,013.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS ALLOWED | CLAIMS ASSERTED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine | 3120-000 | N/A | 354.63 | 354.63 | 354.63 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,130.00 | 1,130.00 | 1,130.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.72 | 4.72 | 4.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.24 | 25.24 | 25.24 |
| Illinois Department of Revenue | 2810-000 | N/A | 329.00 | 329.00 | 329.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.06 | 25.06 | 25.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.75 | 16.75 | 16.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,214.77 | $8,214.77 | $8,214.77 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| NOTFILED | Social Security Admin | 5200-000 | 446.00 | N/A | N/A | 0.00 |
| NOTFILED | I.D.E.S. Benefit Repayments | 5200-000 | 721.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Security Admin | 5200-000 | 2,106.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$3,273.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Clinton Urgent Care | 7100-000 | 545.24 | 279.11 | 279.11 | 95.65 |
| 2 | Rrca Account Mgmt | 7100-000 | 597.62 | 1,253.85 | 1,253.85 | 429.65 |
| 3 | Advantage Assets II, Inc. | 7100-000 | 1,228.00 | 1,409.86 | 1,409.86 | 483.11 |
| 4 | Cavalry Portfolio Services, LLC | 7100-000 | 6,778.00 | 7,165.10 | 7,165.10 | 2,455.24 |
| NOTFILED | IRSE Credit Union | 7100-000 | 5,304.27 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Lending Corporation | 7100-000 | 649.71 | N/A | N/A | 0.00 |
| NOTFILED | L. Lugo, Administrator | 7100-000 | 4,807.54 | N/A | N/A | 0.00 |
| NOTFILED | Medical Associates | 7100-000 | 233.48 | N/A | N/A | 0.00 |
| NOTFILED | Hawkeye Adj | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Bureau | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | First Collection Svcs | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | Handyman Club Of America | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED | Quad Corpora | 7100-000 | 233.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Center | 7100-000 | 4,636.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 15,872.00 | N/A | N/A | 0.00 |
| NOTFILED | Sentry Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Quality Surgicenter LLC | 7100-000 | 667.25 | N/A | N/A | 0.00 |
| NOTFILED | Quad Corpora | 7100-000 | 624.00 | N/A | N/A | 0.00 |
| NOTFILED | Clinton Payday Loans | 7100-000 | 298.33 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Vision Clinic | 7100-000 | 45.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | North Shore Agency Inc. | 7100-000 | 98.08 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Specialty Clinic | 7100-000 | 195.49 | N/A | N/A | 0.00 |
| NOTFILED | Cbe Group | 7100-000 | 123.00 | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 601.00 | N/A | N/A | 0.00 |
| NOTFILED | A & D Electric | 7100-000 | 620.30 | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Security Admin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Security Admin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | I.D.E.S. Benefit Repayments | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Account Liquidation Services, Inc. | 7100-000 | 103.44 | N/A | N/A | 0.00 |
| NOTFILED | Absolute Collections Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Castle Credit Corp | 7100-000 | 1,222.09 | N/A | N/A | 0.00 |
| NOTFILED | CashNetUSA.Com | 7100-000 | 749.88 | N/A | N/A | 0.00 |
| NOTFILED | Cbe Group | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advance America | 7100-000 | 515.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance America | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Aetna Life Insurance Company Goldman, Imani & Goldbert | 7100-000 | 145.83 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 6,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Cadogan Chirpractic PPC | 7100-000 | 71.68 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$54,560.23** | **$10,107.92** | **$10,107.92** | **$3,463.65** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80821  
**Case Name:** LESNIEWSKI, MATT  
LESNIEWSKI, TRACIA  
**Period Ending:** 05/14/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/01/11 (f)  
**§341(a) Meeting Date:** 04/08/11  
**Claims Bar Date:** 07/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 929 12th Ave, Fulton Illinois - Debtor's, Purcha | 96,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings, including audio | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel. | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Interests in IRA, ERISA, Keogh, or other pension | 6,425.22 | 0.00 | | 0.00 | FA |
| 6 | Automobiles, trucks, trailers and other vehicles | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Automobiles, trucks, trailers and other vehicles | 2,800.00 | 0.00 | | 0.00 | FA |
| 8 | Automobiles, trucks, trailers and other vehicles | 2,800.00 | 0.00 | | 0.00 | FA |
| 9 | fractional interest in mineral rights | Unknown | 8,679.12 | | 8,679.12 | FA |
| 10 | TAX REFUNDS [non-exempted portion]  (u) | 0.00 | 2,999.00 | | 2,999.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.30 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$110,775.22** | **$11,678.12** | | **$11,678.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2012     **Current Projected Date Of Final Report (TFR):**   February 7, 2013  (Actual)

Case 11-80821    Doc 51    Filed 05/28/13    Entered 05/28/13 11:37:54    Desc Main
Document      Page 8 of 12

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-80821  
**Case Name:** LESNIEWSKI, MATT  
LESNIEWSKI, TRACIA  
**Taxpayer ID #:** \*\*-\*\*\*9948  
**Period Ending:** 05/14/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*67-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/11 | {10} | Matt Lesniewski | tax refund | 1224-000 | 2,999.00 | | 2,999.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.02 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.72 | 2,994.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,994.32 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,969.32 |
| 09/12/11 | {9} | Matt Lesniewski | royalty check | 1129-000 | 450.00 | | 3,419.32 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,419.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,394.34 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,394.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,369.36 |
| 11/17/11 | {9} | Nancy Lewis | downpayment for purchase of asset | 1129-000 | 1,000.00 | | 4,369.36 |
| 11/21/11 | {9} | Nancy Lewis | balance due on purchase asset | 1129-000 | 7,000.00 | | 11,369.36 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 11,369.40 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,344.40 |
| 12/23/11 | {9} | Countrymark Cooperative | fractional interest in mineral rights | 1129-000 | 229.12 | | 11,573.52 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,573.61 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,548.61 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,548.70 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.24 | 11,523.46 |
| 02/02/12 | 1001 | Illinois Department of Revenue | 2011 income taxes | 2810-000 | | 329.00 | 11,194.46 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,169.46 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,144.46 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,119.46 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.06 | 11,094.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,069.40 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,044.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,019.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,994.40 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,969.40 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,944.40 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,919.40 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 10,919.40 | 0.00 |

Subtotals :    $11,678.42    $11,678.42

{} Asset reference(s)    Printed: 05/14/2013 09:54 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-80821 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | LESNIEWSKI, MATT | | **Bank Name:** | The Bank of New York Mellon |
| | LESNIEWSKI, TRACIA | | **Account:** | 9200-******67-65 - Checking Account |
| **Taxpayer ID #:** | **-***9948 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 05/14/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 11,678.42 | 11,678.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,919.40 | |
| | | | **Subtotal** | | 11,678.42 | 759.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,678.42** | **$759.02** | |

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 11-80821  
**Case Name:** LESNIEWSKI, MATT  
  LESNIEWSKI, TRACIA  
**Taxpayer ID #:** \*\*-\*\*\*9948  
**Period Ending:** 05/14/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*145765 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,919.40 | | 10,919.40 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.75 | 10,902.65 |
| 02/06/13 | 11002 | Carl C. Swanson, CPA | per court order dated 2/4/13 | 3410-000 | | 1,130.00 | 9,772.65 |
| 02/19/13 | 11003 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $4,013.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 02/19/13 | 3110-000 | | 4,013.50 | 5,759.15 |
| 02/19/13 | 11003 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $4,013.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 02/19/13 | 3110-000 | | -4,013.50 | 9,772.65 |
| 02/19/13 | 11004 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $354.63, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 02/19/13 | 3120-000 | | 354.63 | 9,418.02 |
| 02/19/13 | 11004 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $354.63, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 02/19/13 | 3120-000 | | -354.63 | 9,772.65 |
| 02/19/13 | 11005 | Clinton Urgent Care | Dividend paid 34.26% on $279.11; Claim# 1; Filed: $279.11; Reference: 59270 Voided on 02/19/13 | 7100-000 | | 95.65 | 9,677.00 |
| 02/19/13 | 11005 | Clinton Urgent Care | Dividend paid 34.26% on $279.11; Claim# 1; Filed: $279.11; Reference: 59270 Voided: check issued on 02/19/13 | 7100-000 | | -95.65 | 9,772.65 |
| 02/19/13 | 11006 | Rrca Account Mgmt | Dividend paid 34.26% on $1,253.85; Claim# 2; Filed: $1,253.85; Reference: 174345 Voided on 02/19/13 | 7100-000 | | 429.65 | 9,343.00 |
| 02/19/13 | 11006 | Rrca Account Mgmt | Dividend paid 34.26% on $1,253.85; Claim# 2; Filed: $1,253.85; Reference: 174345 Voided: check issued on 02/19/13 | 7100-000 | | -429.65 | 9,772.65 |
| 02/19/13 | 11007 | Advantage Assets II, Inc. | Dividend paid 34.26% on $1,409.86; Claim# 3; Filed: $1,409.86; Reference: 6035320179499403 Voided on 02/19/13 | 7100-000 | | 483.11 | 9,289.54 |
| 02/19/13 | 11007 | Advantage Assets II, Inc. | Dividend paid 34.26% on $1,409.86; Claim# 3; Filed: $1,409.86; Reference: 6035320179499403 Voided: check issued on 02/19/13 | 7100-000 | | -483.11 | 9,772.65 |
| 02/19/13 | 11008 | Cavalry Portfolio Services, LLC | Dividend paid 34.26% on $7,165.10; Claim# 4; | 7100-000 | | 2,455.24 | 7,317.41 |

Subtotals :  $10,919.40   $3,601.99

{} Asset reference(s)                                    Printed: 05/14/2013 09:54 AM    V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-80821  
**Case Name:** LESNIEWSKI, MATT  
LESNIEWSKI, TRACIA  
**Taxpayer ID #:** **-***9948  
**Period Ending:** 05/14/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****145765 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $7,165.10; Reference: 13812791<br>Voided on 02/19/13 | | | | |
| 02/19/13 | 11008 | Cavalry Portfolio Services, LLC | Dividend paid 34.26% on $7,165.10; Claim# 4; Filed: $7,165.10; Reference: 13812791<br>Voided: check issued on 02/19/13 | 7100-000 | | -2,455.24 | 9,772.65 |
| 02/19/13 | 11009 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided on 02/19/13 | 2100-000 | | 1,940.87 | 7,831.78 |
| 02/19/13 | 11009 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided: check issued on 02/19/13 | 2100-000 | | -1,940.87 | 9,772.65 |
| 03/25/13 | 11010 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $4,013.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,013.50 | 5,759.15 |
| 03/25/13 | 11011 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $354.63, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 354.63 | 5,404.52 |
| 03/25/13 | 11012 | Clinton Urgent Care | Dividend paid 34.26% on $279.11; Claim# 1; Filed: $279.11; Reference: 59270 | 7100-000 | | 95.65 | 5,308.87 |
| 03/25/13 | 11013 | Rrca Account Mgmt | Dividend paid 34.26% on $1,253.85; Claim# 2; Filed: $1,253.85; Reference: 174345 | 7100-000 | | 429.65 | 4,879.22 |
| 03/25/13 | 11014 | Advantage Assets II, Inc. | Dividend paid 34.26% on $1,409.86; Claim# 3; Filed: $1,409.86; Reference: 6035320179499403 | 7100-000 | | 483.11 | 4,396.11 |
| 03/25/13 | 11015 | Cavalry Portfolio Services, LLC | Dividend paid 34.26% on $7,165.10; Claim# 4; Filed: $7,165.10; Reference: 13812791 | 7100-000 | | 2,455.24 | 1,940.87 |
| 03/25/13 | 11016 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,940.87 | 0.00 |
| | | | Dividend paid 100.00%     1,917.84<br>on $1,917.84;  Claim# ;<br>Filed: $1,917.84 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     23.03<br>on $23.03;  Claim# ;<br>Filed: $23.03 | 2200-000 | | | 0.00 |

Subtotals :             $0.00        $7,317.41

{} Asset reference(s)                                                                                                       Printed: 05/14/2013 09:54 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 11-80821 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LESNIEWSKI, MATT | | **Bank Name:** | Rabobank, N.A. |
| | LESNIEWSKI, TRACIA | | **Account:** | ****145765 - Checking Account |
| **Taxpayer ID #:** | **-***9948 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 05/14/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 10,919.40 | 10,919.40 | $0.00 |
| | | | Less: Bank Transfers | | 10,919.40 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,919.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,919.40 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******67-65** | 11,678.42 | 759.02 | 0.00 |
| **Checking # ****145765** | 0.00 | 10,919.40 | 0.00 |
| | $11,678.42 | $11,678.42 | $0.00 |

{} Asset reference(s)        Printed: 05/14/2013 09:54 AM    V.13.13